

**FILED**

12/05/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0661

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 23-0661

BOBBY F. LOWRY V,

    Petitioner,

v.

CAPTAIN BRAGG,
Lewis and Clark County Detention Center,

    Respondent.

**O R D E R**

FILED

DEC – 5 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Bobby F. Lowry V has filed a Petition for Writ of Habeas Corpus, asking this Court to "intervene" in his recent jury conviction in the Lewis and Clark County District Court because direct appeal will not provide a timely remedy. He also "moves this Court to assign him legal and hearing assistance to allow him to participate in this writ process" and to overturn his conviction. Lowry explains that he could not participate in his legal proceedings because of his inability to hear or to afford a replacement hearing aid.

Habeas corpus affords applicants an opportunity to collaterally challenge the legality of their present incarceration but is not a substitute for direct appeal of a person's conviction. *Lott v. State*, 2006 MT 279, ¶ 9, 334 Mont. 270, 150 P.3d 337. Lowry is incarcerated pending sentencing for his conviction. Direct appeal is an adequate remedy, and the required process, for a challenge to that conviction. Section 46-22-101(2), MCA.

IT IS THEREFORE ORDERED that Lowry's Petition for Writ of Habeas Corpus is DENIED and DISMISSED.

The Clerk of the Supreme Court is directed to provide a copy of this Order to Angie Sparks, Clerk of District Court, Lewis and Clark County, under Cause No. BDC-2022-131 and for distribution to counsel of record in the criminal case; to counsel of record, and to Bobby F. Lowry V personally.

DATED this 5th day of December, 2023.

_____

_____

_____

_____

_____
Justices

2